UNION DRAY COMPANY, plaintiff in error, vs. JOHN M. C. REID, defendant in error.

When a company is sued on a note purporting to have been given by A. B., as Treasurer of the association, the authority to bind the company, under the Judiciary Act of 1799, must be denied on oath.

Complaint, from Muscogee. Tried before Judge BULL, May Term. 1858.

Reid sued the Union Dray Company on a note signed " M. G. McKinnie, Tr. Union Dray Co.," and offered on the trial said note in evidence, to which defendant objected.

The Court overruled the objection, and the defendant excepted, and the note was read to the jury. The plaintiff closed his case, and defendant asked the Court to charge the jury, that said defendant, having denied by plea that said note was the note of the company, the plaintiff could not recove·· without further proof; which the Court refused, and defendant excepted and assigns error.

R. J. MOSES, by JNO. A. JONES, for plaintiff in error.

L. T. DOWNING, for defendant in error.

*By the Court.*—LUMPKIN J. delivering the opinion.

Under the Judiciary Act of 1799, requiring the defendant to deny on oath an instrument of writing, upon which he is sued, the plea in this case should have been verified.

If the person who signed this note for the company, and upon which they are sued, was not authorized to make it, let them say so upon oath, and the *onus* is then on the plaintiff to overcome the plea.

Judgment affirmed.